MAYOR AND CITY COUNCIL OF AMERICUS *v.* BERNER.

HOLDEN, J. 1. If the defendant was an itinerant trader, the plaintiff in error had no power to impose upon him a prohibitory tax for a license to carry on a useful and legitimate business by selling clothing, shoes, and similar articles in a storehouse in the City of Americus.

2. Under the evidence submitted at the interlocutory hearing, the court committed no error in granting an injunction.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Argued July 24, 1908.—Decided January 15, 1909.

Injunction. Before Judge Littlejohn. Sumter superior court. April 11, 1908.

*J. B. Hudson, L. J. Blalock,* and *R. L. Maynard,* for plaintiff in error. *W. T. Lane,* contra.